**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

FILED-CLERK
U.S. DISTRICT COURT

01 MAY -8 PH 4: 26

TX EASTERN-BEAUMONT
BY _Judy L. Lewis_

| | | |
|---|---|---|
| **JENNIE BEATTY** | § | **CIVIL ACTION NO. 1:00-CV-00803** |
| **VERSUS** | § | **JUDGE HOWELL COBB** |
| **ISLE OF CAPRI CASINO, INC.**<br>**f/k/a CASINO AMERICA, INC.** | § | **MAGISTRATE RADFORD** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Joint Motion to Dismiss filed by St. Charles Gaming Company

d/b/a Isle of Capri Casino-Lake Charles and Plaintiff, Jennie Beatty:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that ISLE OF CAPRI

CASINO, INC. f/k/a CASINO AMERICA, INC. is hereby dismissed without prejudice at the cost

of Plaintiff, Jennie Beatty.


_Wendell C. Radford_

WENDELL RADFORD
U.S. MAGISTRATE JUDGE