EOD AUG 1 6 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED-CLERK
U.S. DISTRICT COURT
02 AUG 15 PM 12: 11
TX EASTERN-BEAUMONT
Beverly Cm
BY

| | | |
|---|---|---|
| JENNIE BEATTY | * | CIVIL ACTION NO. 1:00-CV-00803 |
| VERSUS | * | JURY |
| ISLE OF CAPRI CASINO, INC. f/k/a CASINO AMERICA, INC. | * | MAGISTRATE JUDGE RADFORD |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion to Supplement Summary Judgment Evidence, or, in the Alternative, to File Reply Memorandum and Attachments in Excess of Page Limitations by Defendant, St. Charles Gaming Co., Inc. d/b/a Isle of Capri Casino-Lake Charles ("SCGC"):

**IT IS ORDERED, ADJUDGED AND DECREED**, that the Motion to Supplement Summary Judgment Evidence is **GRANTED** and that the Exhibits attached to SCGC's Motion are hereby filed into the record as part of the evidence supporting SCGC's motion for summary judgment

THUS DONE AND SIGNED in _Beaumont_ on this _15_ day of _August_, 2002, at Beaumont, Texas.

_____
HONORABLE WENDELL RADFORD
UNITED STATES MAGISTRATE JUDGE