EOD OCT 1 1 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED-CLERK
U.S. DISTRICT COURT
02 OCT 10 PM 4:16
TX EASTERN-BEAUMONT

| | | |
|---|---|---|
| JENNIE BEATTY | * | CIVIL ACTION NO. 1:00-CV-0803 |
| | * | |
| VERSUS | * | JURY |
| | * | |
| ISLE OF CAPRI, INC., f/k/a | * | MAGISTRATE RADFORD |
| CASINO AMERICA, INC. | * | |

## ORDER

Considering Defendant's, St. Charles Gaming Company, Inc. d/b/a Isle of Capri Casino-Lake Charles' Motion, and Incorporated Memorandum, for Leave of Court to file Opposition and Attachments in Excess of Fifteen Pages, and the Court finding good reason:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that St. Charles Gaming Company, Inc. d/b/a Isle of Capri Casino-Lake Charles' be and is hereby **GRANTED** leave of Court to file an Opposition and attachments in excess of fifteen pages in response to the motion for a new trial filed by plaintiff.

THUS DONE AND SIGNED this 10 day of October, 2002, in Beaumont, Texas.

HONORABLE WENDELL RADFORD
U.S. MAGISTRATE JUDGE